*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*


 

# MEMORANDUM OPINION

No. 04-12-00425-CV

The **TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellant

v.

Roger **MORALES**,
Appellee

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2011CVK001072C3
Honorable Jesus Garza, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  September 19, 2012

DISMISSED; MOTION TO DISMISS GRANTED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM